No. 67486.—J. T. Steeb & Co., Inc. *v.* United States, protest 305911–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.AD. 733), the claim of the plaintiff was sustained.

No. 67487.—Salim Sarkis Dominguez *v.* United States, protests 60/22185, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.